## VERMONT *v.* NEW YORK ET AL.

No. 50, Orig.   Argued February 29, 1972—Decided April 24, 1972

*Fred I. Parker,* Deputy Attorney General of Vermont, argued the cause for plaintiff.   With him on the briefs were *James M. Jeffords,* Attorney General, and *John D. Hansen,* Assistant Attorney General.

*Philip Weinberg,* Assistant Attorney General of New York, argued the cause for defendant State of New York. With him on the briefs were *Louis J. Lefkowitz,* Attorney General, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Paul S. Shemin* and *Irving Galt,* Assistant Attorneys General.   *Taggart Whipple* argued the cause for defendant International Paper Co.   With him on the briefs were *Richard E. Nolan* and *William H. Levit, Jr.*

PER CURIAM.

The motion by Vermont for leave to file a bill of complaint invoking our original jurisdiction against New York and against International Paper Co., a New York corporation doing business in New York, is granted. New York and International Paper Co. are given until June 19, 1972, to answer the bill of complaint.

*So ordered.*